AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
BERTIN JAIMES-ARELLANO.

*Defendant(s)*

Case No. 6:26-mj- 1951

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Orange in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Lacey E. O'Neal, Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/13/26

[signature: Leslie Hoffman Price]
*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA** **CASE NO. 6:26-mj-1951**

**COUNTY OF ORANGE**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 07, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only

those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3. On August 12, 2026, Border Patrol Agents (BPAs) from the Orlando Border Patrol Station were contacted by a trooper from the Florida Highway Patrol (FHP) in reference to the defendant, Bertin JAIMES-ARELLANO. JAIMES-ARELLANO was a passenger of a vehicle the FHP Trooper conducted a traffic stop on due to a window tint violation and a defaced license plate near the intersection of Goldenrod Rd and E. Colonial Dr in Orlando, Florida[1]. Identification was requested of all occupants of the vehicle under 287g of the Immigration and Nationality Act (INA). JAIMES-ARELLANO advised the FHP Trooper that he was not in possession of any form of identification. The FHP Trooper took down JAIMES-ARELLANO's name and date of birth for a records check. The FHP Trooper then contacted the Orlando Border Patrol Station for further assistance.

4. Border Patrol Agents (BPAs) at the Orlando Border Patrol Station conducted CBP record checks on JAIMES-ARELLANO's biographical information JAIMES-ARELLANO provided and confirmed that JAIMES-ARELLANO is a citizen and national of Mexico with no lawful

---

[1] Orlando is in Orange County, within the Middle District of Florida.

immigration status in the United States. He has an Alien File Number (A XXX XXX 711), which contains his immigration history. This information was relayed to the Trooper who advised that they would be transporting JAIMES-ARELLANO to the Orlando Border Patrol Station for fingerprinting and further processing. On August 12, 2026, JAIMES-ARELLANO was fingerprinted - the CBP database indicated a match of the known fingerprints to JAIMES-ARELLANO's immigration file.

5. Documents in the alien file also show that JAIMES-ARELLANO has been previously ordered deported/removed from the United States to Mexico by an Immigration Judge on September 29, 2009. On October 29, 2009, JAIMES-ARELLANO was physically removed from the United States to Mexico through Hidalgo, Texas.

6. There is no record of JAIMES-ARELLANO ever applying to or receiving consent of the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after JAIMES-ARELLANO's prior deportation/removal.

7. Based on the foregoing, I believe that there is probable cause that on August 12, 2026, Bertin JAIMES-ARELLANO was found to be in the

United States voluntarily after being previously deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

Lacey E. O'Neal,
Border Patrol Agent

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 13th
day of August, 2026.

LESLIE HOFFMAN PRICE
United States Magistrate Judge